UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MATIAS MONTEMAYOR DE LA PAZ, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-03-058 CRIMINAL NO. B-81-811 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Motion to to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. Section 2255 is hereby DISMISSED for want of jurisdiction.

DONE at Brownsville, Texas this ___ day of _____, 2003.

Hilda Tagle
United States District Judge